COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Eduardo Nonoalsi Bravo v. Parkhollow Place Property Owners Association |
| Appellate case number: | 01-18-01011-CV |
| Trial court case number: | 2017-51356 |
| Trial court: | 55th District Court of Harris County |

On July 11, 2019, appellant, Eduardo Nonoalsi Bravo, filed a 32-page "letter-brief" with the Court. On July 16, 2019, we notified appellant that his letter-brief did not comply with Texas Rule of Appellate Procedure 38.1 and ordered him to file an amended appellant's brief complying with the applicable Texas Rules of Appellate Procedure, including Rule 38.1 on or before August 15, 2019. On a motion by appellant, the deadline to file his amended appellant's brief was extended to September 16, 2019.

On August 4, 2020, the Clerk of this Court notified appellant that the time for filing his amended brief had expired. Appellant was further advised that unless he filed his amended appellant's brief on or before August 14, 2020, the appeal was subject to dismissal. Appellant did not respond by the deadline set by the Court. On September 2, 2020, nearly a year after his amended brief was due to be filed, appellant filed a motion for extension of time, stating that "due to health issues, [appellant was] unable to finish [his brief] in time." Appellant's motion fails to identify the length of an extension being requested.

Appellant's motion is **granted**. Appellant must file an amended brief that complies with the applicable Texas Rules of Appellate Procedure, including Rule 38.1, no later than thirty days from the date of this order. **No further extensions will be granted**.

It is so ORDERED.

Judge's signature: __/s/ Terry Adams_____

☑ Acting individually ☐ Acting for the Court

Date: __September 10, 2020_____